IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

GARY-ROBERT BENEDICT,                    )
                                         )
                    Plaintiff,           )              4:10MC3021
                                         )
              v.                         )
                                         )
DRUG ENFORCEMENT                         )         MEMORANDUM AND ORDER
ADMINISTRATION,                          )
                                         )
                    Defendant.           )


        The plaintiff paid only $39.00 of the $350.00 filing fee owed when he filed this case.  The

court entered an order requiring the plaintiff to pay the remaining $311.00 in filing fees by October,

8, 2010, in the absence of which this case may be dismissed without further notice.  See filing no.

2.  The plaintiff has failed to pay the filing fee.


        Accordingly,

        IT IS ORDERED;

        1)      This case is dismissed for non-payment of the required filing fee, and a judgment of
                dismissal will be entered accordingly.

        2)      The clerk shall mail a copy of this memorandum and order to plaintiff Gary-Robert
                Benedict, 228 Commercial Street, Box 570, Nevada City, CA 95959.

        DATED this 18th day of October, 2010.

                                        BY THE COURT:

                                        s/ Cheryl R. Zwart
                                        United States Magistrate Judge